FILED
08 MAY 28 PM 3:07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PABLO PIÑA                  Plaintiff,

vs.

JOYCE ALLEGRO DOUGHERTY.
DOLORES A. CARR.
ROBERT L. DAVIS.
ALLAN NOODLEMAN.           Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __PABLO PIÑA D-28079__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3      SELF EMPLOYED AUTO MECHANIC
4
5
6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.     Business, Profession or     Yes ___ No ✓
9              self employment
10     b.     Income from stocks, bonds,     Yes ___ No ✓
11             or royalties?
12     c.     Rent payments?     Yes ___ No ✓
13     d.     Pensions, annuities, or     Yes ___ No ✓
14             life insurance payments?
15     e.     Federal or State welfare payments,     Yes ___ No ✓
16             Social Security or other govern-
17             ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20                       N/A
21
22 3.     Are you married?     Yes ___ No ✗
23 Spouse's Full Name: _____
24 Spouse's Place of Employment:     N/A
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $     N/A     Net $     N/A
27 4.     a.     List amount you contribute to your spouse's support:$     N/A
28     b.     List the persons other than your spouse who are dependent upon you for support

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____N/A_____
4   _____
5   5.   Do you own or are you buying a home?   Yes ___ No _X_
6   Estimated Market Value: $____N/A____ Amount of Mortgage: $____N/A____
7   6.   Do you own an automobile?   Yes ___ No _X_
8   Make _____N/A_____ Year ____N/A____ Model ____N/A____
9   Is it financed? Yes _N/A_ No _N/A_ If so, Total due: $ _____N/A_____
10  Monthly Payment: $ ____N/A____
11  7.   Do you have a bank account?  Yes ____ No _N/A_ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____N/A_____
14  Present balance(s): $ _____N/A_____
15  Do you own any cash? Yes ___ No _X_ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)  Yes ___ No _X_
18  _____
19  8.   What are your monthly expenses?
20  Rent: $_____N/A_____ Utilities: _____N/A_____
21  Food: $_____N/A_____ Clothing: _____N/A_____
22  Charge Accounts:
23  Name of Account          Monthly Payment              Total Owed on This Acct.
24  _____     $ _____       $ _____
25  _____N/A_____     $ _____N/A_____        $ _____N/A_____
26  _____     $ _____       $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1
2
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?  Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9      I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  __5/18/08__                          __[signature]__
15     DATE                              SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -