PABLO PIÑA D-28079
P.O. BOX 7500 D-4 102*
CRESCENT CITY, CALIF 95531

PRO-SE

FILED
08 MAY 28 PM 3:07
[Clerk stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    2684

PABLO PIÑA
  PLAINTIFF,

v.

DOLORES A CARR.
JOYCE ALLEGRO DOUGHERTY.
ALLAN NUDLEMAN.
ROBERT L. DAVIS.

  DEFENDANTS.

No. _____ SI _____
MOTION FOR APPOINTMENT
OF COUNSEL.

(PR)

PLAINTIFF PABLO PIÑA D-28079 PURSUANT TO 28 USC § 1915(e)(1). MOTIONS THE COURT FOR AN APPOINTMENT OF COUNSEL. AND IN THE SUPPORT OF THE MOTION STATES:

1). PLAINTIFF IS INDIGENT AND CAN NOT RETAIN COUNSEL.

2). THE PLAINTIFF IS HOUSED IN A SECURITY HOUSING UNIT AND HAS LITTLE ACCESS TO LAW BOOKS. AND PLAINTIFF IS NOT SKILLED WITH THE LEGAL KNOWLEDGE IT WILL TAKE TO PROSECUTE THIS ACTION.

3). PLAINTIFF WILL NEED OUTSIDE ASSISTANCE TO HELP HIM OBTAIN DOCUMENTS AND INVESTIGATE THE ISSUES INVOLVED THAT ARE OUTSIDE THE PRISON SYSTEM.

WHEREFORE PLAINTIFF REQUESTS THE COURT APPOINT COUNSEL TO ASSIST HIM, AND IF POSSIBLE TO APPOINT ATTY. JILL KENT, SANTA CLARA CO. INNOCENCE PROJECT. SANTA CLARA, CALIFORNIA.

DATED: 5/18/08

RESPECTFULLY SUBMITTED.
Pablo Piña
PRO-PER