UNITED STATES DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA.

CV 08         684

PABLO PIÑA
   PLAINTIFF.

v.

DOLORES CARR.
JOYCE ALLEGRO DOUGHERTY.
ALLAN NUDELMAN.
ROBERT L. DAVIS.

   DEFENDANTS.

NO - SI

REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS UNDER F. RULE CIV. PROCE. RULE 34 (A). **(PR)**

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE PLAINTIFF REQUESTS THE DEFENDANTS DOLORES CARR, JOYCE DOUGHERTY, ALLAN NUDELMAN and ROBERT DAVIS. PRODUCE FOR INSPECTION AND COPYING THE FOLLOWING MATERIALS AND DOCUMENTS;

1). THE COMPLETE FILE REGARDING THE ARREST AND INVESTIGATION OF PLAINTIFF.

2). ALL REPORTS, TRANSCRIPTS, MEMORANDUMS, NOTES WRITTEN, TYPED OR OTHER COMMUNICATION REGARDING PLAINTIFF'S ARREST AND CONVICTION.

3). ALL TAPE RECORDINGS TAKEN BY POLICE OF ANY AND ALL WITNESSES, POTENTIAL WITNESSES, AND INFORMANTS.

4). PLAINTIFF REQUEST ALL INFORMATION SAN JOSE POLICE HAVE REGARDING THEIR ARREST AND DEAL MADE WITH LARRY MEJIA. ASKING THAT HE SET PLAINTIFF UP FOR ARREST BY SJPD. IN EXCHANGE FOR A LIGHTER SENTENCE IN 1983.

5). ALL DEALS MADE WITH THE WITNESSES THAT TESTIFIED AGAINST PLAINTIFF AT HIS TRIAL. INCLUDING RECOMMENDATIONS FOR LIGHTER SENTENCES.

6). A COMPLETE ACCOUNT OF CAROL OSWALD'S TESTIFYING FOR THE DISTRICT ATTORNEY'S OFFICE AND INFORMANT STATUS.

7). ALL INFORMATION USED TO OBTAIN THE ARREST WARRANT, AND A COPY OF THAT WARRANT.

8). ALL INFORMATION ABOUT CRUZ'S ARREST IN SAN FRANCISCO FOR KIDNAP AND ROBBERY. AND ANY DEALS MADE TO HAVE ANY CHARGES DROPPED, MODIFIED OR ALTERED.

9). ALL NOTES TAKEN BY EITHER DOUGHERTY OR NUDLEMAN WHILE INTERVIEWING CRUZ, OSWALD OR ANY OTHER WITNESS.

10). A COPY OF THE VISITING LOGS OF ALL VISITS THE DISTRICT ATTORNEY ALLAN NUDLEMAN HAD WITH OSWALD DURING PLAINTIFF'S TRIAL.

PLAINTIFF REQUESTS THE FOLLOWING DOCUMENTS AS THEY ARE RELEVANT TO HIS INVESTIGATION OF EVENTS AND DEFENDANTS AND THE INFORMATION THEY HAVE IN THEIR FILES. AND IF RELATED PLAINTIFF HAS A RIGHT TO INSPECT THESE REPORTS.

I DECLARE UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT.

DATED 5/18/08

RESPECTFULLY SUBMITTED.
Pablo Peña
PRO-SE

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, PABLO PIÑA D-28079, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 18TH day of MAY, in the year of 20 08, I served the following documents: (set forth the exact title of documents served)

1- COMPLAINT

1- REQUEST FOR PRODUCTION OF DOCUMENTS

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| | |
|---|---|
| DOLORES A. CARR<br>DISTRICT ATTORNEY<br>70 WEST HEDDING ST.<br>SAN JOSE, CALIF 95110 | ALLAN NUDLEMAN<br>DIST. ATTORNEY<br>70 WEST HEDDING ST.<br>SAN JOSE, CALIF 95110  ADDRESS QUESTIONABLE! |
| JOYCE ALLEGRO DOUGHERTY<br>DEPUTY DIST. ATTORNEY<br>70 WEST HEDDING ST.<br>SAN JOSE, CALIF 95110 | ROBERT L. DAVIS<br>CHIEF OF POLICE<br>201 MISSION ST.<br>SAN JOSE, CALIF 95110 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18TH day of MAY, 20 08.

Signed: _____
(Declarant Signature)

Rev. 12/06