UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,                                    No. C 08-2684 SI (pr)

      Plaintiff,                         **JUDGMENT**

     v.

DOLORES A. CARR,
District Attorney; et al.,

      Defendants.

     This action is dismissed for failure to state a claim upon which relief may be granted. in a civil rights action.

     IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2008

                                              SUSAN ILLSTON
                                              United States District Judge